RAABE, Respondent, vs. BRZOSKOWSKI, Appellant.

*March 9—April 7, 1931.*

*D. J. Regan* of Milwaukee, for the appellant.
*Harry V. Meissner* of Milwaukee, for the respondent.

ROSENBERRY, C. J.   The facts involved in this case are the same as those involved in the case of *Raabe v. Brzoskowski* (*ante,* p. 319, 236 N. W. 133), and for the reasons there stated the mandate is the same.

*By the Court.*—Judgment affirmed.